JUDITH LYNN STENROOS, Respondent, v WILLIAM A. MAECKER, Appellant.

Submitted June 3, 2013; decided June 27, 2013

Motion for a stay dismissed as academic.